**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHAD D. JACOBY,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-1496** |
| v. : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** : | |
| **Defendant** : | |
| : | |

**MEMORANDUM**

Pending before the court is the report of Magistrate Judge Karoline Mehalchick, which recommends that the decision of the Commissioner of Social Security denying the plaintiff's claims for social security disability insurance and supplemental security income under Titles II and XVI be affirmed as to Title II and vacated and the action be remanded to the Commissioner as to Title XVI for a new administrative hearing. (Doc. 21). The defendant has waived her opportunity to object to Judge Mehalchick's report and recommendation, (Doc. 22), and the time has passed for the plaintiff to file any objections.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (2010) (citing *Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give

some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

The court has reviewed each of the recommended bases presented by Judge Mehalchick for affirming Title II ruling and vacating and remanding Title XVI. Because the court agrees with the sound reasoning that led Judge Mehalchick to the conclusions in her report and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  September 2, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1496-01.wpd