# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAD D. JACOBY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-1496 |
| v. | : | (JUDGE MANNION) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick issued in the above-captioned matter, **(Doc. 21)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner denying the plaintiff's claims for disability insurance benefits and supplemental security income is **AFFIRMED** as to Title II and **VACATED** and the matter is **REMANDED** as to Title XVI for further proceedings in accordance with the report of Judge Mehalchick; and

**(4)** the Clerk of Court is directed to mark this action **CLOSED**.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 2, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1496-01 order.wpd